NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL A. TERRY,**
*Appellant,*

v.

**TROY NEWMAN,**
*Appellee.*

---

2014-1036

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Cancellation No. 92047809.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST,* *Chief Judge*, NEWMAN, LOURIE, BRYSON,** DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges*.***

---

\*     Sharon Prost assumed the position of Chief Judge on May 31, 2014.
\*\*    Circuit Judge Bryson participated only in the decision on the petition for panel rehearing.

P<small>ER</small> C<small>URIAM</small>.

# O R D E R

Appellant Randall A. Terry filed a petition for rehearing en banc. The petition was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

I<small>T</small> I<small>S</small> O<small>RDERED</small> T<small>HAT</small>:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on July 24, 2014.

                                F<small>OR THE</small> C<small>OURT</small>

July 17, 2014                   /s/ Daniel E. O'Toole
   Date                         Daniel E. O'Toole
                                Clerk of Court

---

\*\*\*   Randall R. Rader, who retired from the position of Circuit Judge on June 30, 2014, did not participate in this decision.