# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1036

**RANDALL A. TERRY,**
*Appellant,*

v.

**TROY NEWMAN,**
*Appellee.*

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Cancellation No. 92047809.

## **MANDATE**

In accordance with the judgment of this Court, entered May 14, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $314.50 were determined and taxed against the appellant.

    FOR THE COURT

    /s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

cc: Michael Steven Culver
Brian R. Gibbons
United States Patent and Trademark Office